IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| RALPH B. SMITH | § | |
| v. | § | CIVIL ACTION NO. 5:010cv58 |
| OLIVER BELL, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
ON PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF

The Plaintiff Ralph Smith, proceeding *pro se*, filed this civil rights lawsuit under 28 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the cases be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Smith has filed a motion for a temporary restraining order seeking placement in protective custody, as well as a motion for placement in protective custody and a motion for "emergency protection" and transfer off of the Telford Unit. After review of these pleadings, the Magistrate Judge issued a Report recommending that the motions be denied. Smith did not file formal objections to this Report, but did file a motion which he styled as a "motion to request this honorable Court to reconsider each and every order and motion of the magistrate and to have all heard over again by the U.S. District Court Judge and motion for an extension of time and motion for appointment of an attorney." In this document, Smith says that the Fifth Circuit does not have appellate jurisdiction over orders of the Magistrate Judge, and so he wants the district court to re-hear everything. He also says that he just had surgery and cannot possibly represent himself, and requests appointment of counsel or a six-month extension of time. Smith has also filed several

1

interlocutory appeals of prior orders of the Magistrate Judge, and these appeals have been dismissed for want of jurisdiction because orders of the Magistrate Judge are not appealable to the Fifth Circuit.

Rule 72(a)(2) of the Federal Rules of Civil Procedure provides that within 14 days after being served with a copy of the recommended disposition, a party may serve and file "specific written objections" to the proposed findings and recommendations. Such objections must specify the findings objected to, and the district court need not consider objections which are "frivolous, conclusive, or general." Nettles v. Wainwright, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (*en banc*) (*overruled in part on other grounds by* Douglass v. United Services Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (*en banc*). However, while Smith made no specific objections to the Report of the Magistrate Judge, the Court has nonetheless reviewed his motion for reconsideration of the Magistrate Judge's actions as objections to the Report. Upon a *de novo* review of the pleadings, the Court has concluded that these objections are without merit.

Nor has Smith shown any basis for appointment of counsel, or for a six-month extension. Although he says that he will be unable to perform legal work, the docket shows that after filing that motion, Smith has filed another motion for appointment of counsel, a motion for summary judgment asking that the district court find in his favor because the Magistrate Judge lacks jurisdiction over the case, and a notice of change of address.

The Court has conducted a careful *de novo* review of the pleadings in this cause together with the Report of the Magistrate Judge. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Plaintiff's objections, expressed in his motion for reconsideration of the Magistrate Judge's orders, are without merit. It is accordingly

ORDERED that the Plaintiff's objections are overruled and the Report of the Magistrate Judge (docket no. 44) is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for a temporary restraining order (docket no. 29), motion for protective custody (docket no. 33) and motion for emergency protection (docket no. 36) are hereby DENIED. It is further

ORDERED that the Plaintiff's motion for reconsideration of the orders of the Magistrate Judge, for an extension of time, and for appointment of counsel (docket no. 53) is DENIED.

**SIGNED this 1st day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE